## TALLEY v. STATE.

No. 26602.

Court of Criminal Appeals of Texas.

Nov. 11, 1953.

No attorney on appeal for appellant.

*William H. Scott,* Crim. Dist. Atty., *King C. Haynie,* Asst. Crim. Dist. Atty., Houston, *Wesley Dice,* State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of driving an automobile, upon a public highway, while intoxicated, and his punishment was assessed at a fine of $50.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.